```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

**TED A. POPLAWSKI,**

       Plaintiff,

  vs.                                   Civil Action 2: 12-cv-1096
                                         Judge Graham
                                         Magistrate Judge King

**COMMISSIONER OF INTERNAL REVENUE SERVICE,** *et al.*,

       Defendants.

## ORDER

Upon defendants' motion, Doc. No. 16, the referral of the case to the June 2013 Settlement Week is **VACATED**. The Clerk is **DIRECTED** to advise the assigned mediator.

Defendants' motion improperly included an attachment that reflects the parties' settlement positions. The Clerk is **DIRECTED** to place the attachment to Doc. No. 16 under seal.

                                                      *s/Norah McCann King*
                                                        Norah M<sup>c</sup>Cann King
                                                 United States Magistrate Judge

June 4, 2013
Date